IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:03CR86 |
| ) | |
| v. ) | |
| ) | REASSIGNMENT ORDER |
| ERIC ENGLISH, ) | |
| ) | |
| Defendant. ) | |

IT IS ORDERED that, in the interest of judicial economy, this case is reassigned to District Judge Richard G. Kopf for disposition and remains assigned to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

DATED this 27th day of May, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE