IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:03CR86 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ERIC ENGLISH, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The government's motion to continue the defendant's Rule 35 hearing (filing 73) is granted;

(2)   Defendant English's Rule 35 hearing is continued to Friday, December 2, 2005, at 9:00 a.m., before the undersigned United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, Omaha, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

August 2, 2005.                         BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        United States District Judge