IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:03CR86 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ERIC ENGLISH, | ) | |
| | ) | |
| Defendant. | ) | |

At the request of the United States Marshal,

IT IS ORDERED that Defendant English's Rule 35 hearing is continued to Friday, January 13, 2006, at 11:30 a.m., before the undersigned United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, Omaha, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

December 2, 2005.    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge