IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  8:03CR86 |
| ) | |
| ERIC L. ENGLISH, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Disposition Hearing, filing 107, now set for August 3, 2010, at 12:30 p.m. until a date certain in approximately 60 days. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until the 26th day of October, 2010, at 1:00 p.m. The defendant is ordered to appear at such time.

Dated July 23, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge